IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DAVID EUGENE GRAHAM,

    Petitioner,

v.                                                                               Case No.: 3:12cv55/MCR/EMT

MICHAEL D. CREWS,

    Respondent.
_____/

## ORDER

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated December 17, 2012 (doc. 26). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a de novo determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. The amended petition for writ of habeas corpus (doc. 8) is **DENIED**.

3. A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 22nd day of January, 2013.

                                                                   s/ *M. Casey Rodgers*
                                                                    **M. CASEY RODGERS**
                                                                    **CHIEF UNITED STATES DISTRICT JUDGE**